AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

United States of America
v.
Flavio SALMERON-Puente
(aka Jose GIL-Pimentel)

)
)
)
)
)
)
)

Case No. 3:26-mj-00083

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     Flavio SALMERON-Puente                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §1326(a) - Illegal Re-entry

Date:     03/31/2026

_____
Issuing officer's signature

City and state:     Portland, OR

Jolie A. Russo, United States Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 3/31/2026 , and the person was arrested on (date) 4/29/2026
at (city and state) Hillsboro, OR .

Date: 4/29/2026

_____
Arresting officer's signature

Jesse Marshall DO
Printed name and title